UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DWIGHT EVANS, <br><br> Defendant | Criminal No. 21-10133 <br><br> Violations: <br><br> <u>Counts One - Three</u>: Felon in Possession of Firearm and Ammunition <br> (18 U.S.C. § 922(g)(1)) <br><br> <u>Count Four</u>: Engaging in the Business of Dealing in Firearms Without a License <br> (18 U.S.C. § 922(a)(1)(A)) <br><br> <u>Forfeiture Allegation</u>: <br> (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about June 8, 2020, in Medford, in the District of Massachusetts, the defendant,

DWIGHT EVANS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a CZ, Model VZOR, .32 caliber pistol bearing serial number D95381, and four rounds of .32 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### Felon in Possession of Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about July 8, 2020, in Medford, in the District of Massachusetts, the defendant,

### DWIGHT EVANS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Taurus, Model G3, 9mm pistol bearing serial number ABB299847, and seven rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about July 10, 2020, in Boston, in the District of Massachusetts, the defendant,

DWIGHT EVANS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a Springfield Armory, Model DX-45 ACP, .45 caliber pistol bearing serial number GM437242, and seven rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury further charges:

Between on or about June 8, 2020 and on or about July 10, 2020, in Medford and Boston, in the District of Massachusetts, and elsewhere, the defendant,

## DWIGHT EVANS,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, engaged in the business of dealing in firearms, that is, a CZ, Model VZOR, .32 caliber pistol bearing serial number D95381; a Taurus, Model G3, 9mm pistol bearing serial number ABB299847; and a Springfield Armory, Model DX-45 ACP, .45 caliber pistol bearing serial number GM437242.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 922(a)(1)(A), set forth in Counts One through Four, the defendant,

DWIGHT EVANS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

5

A TRUE BILL

_____
FOREPERSON


_____
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL 28, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Harold Putnam 4/28/2021; 4:15 p.m.
_____
DEPUTY CLERK


HON. MARIANNE B. BOWLER
United States Magistrate Judge

Date: April 28, 2021